1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney
5
      Defense Language Institute – Criminal Law
6     1336 Plummer Street, Building 275
      Monterey, CA 93944
7     Telephone: (831) 242-6394
      FAX: (831) 242-5198
8
   Attorneys for Plaintiff
9

**FILED**

SEP - 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                    SALINAS DIVISION

13 | UNITED STATES OF AMERICA,          )  Criminal No.: CR-09-00004 MAG
                                        )
14 |          Plaintiff,                )  STIPULATION AND ~~[PROPOSED]~~
                                        )  ORDER TO EXCLUDE TIME AND
15 |     vs.                            )  CONTINUE STATUS HEARING
                                        )
16 | ROLANDO ELIZONDO, JR.              )
                                        )
17 |          Defendant.                )
                                        )
18

19     The parties jointly request that this case be continued from August 3, 2009 at 9:00 a.m. to

20  October 5, 2009 at 9:00 a.m. for a status conference.

21     In addition, the parties request an exclusion of time under the Speedy Trial Act, from August

22  3, 2009 to October 5, 2009. The parties agree and stipulate that an exclusion of time is

23  appropriate for potential disposition.

24  /

25  /

26  /

1

1

2     SO STIPULATED:                              JOSEPH P. RUSSONIELLO
                                                  United States Attorney

3

4     DATED:                                           /S/
                                                  ROBERT N. MICHAELS
5                                                 Special Assistant United States Attorney

6

7     DATED:                                           /S/
                                                  NICK HUMY
8                                                 Counsel for Rolando Elizondo, Jr.

9

10                                ORDER

11         Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

12    under the Speedy Trial Act from August 3, 2009 to October 5, 2009. The Court finds, based on

13    the aforementioned reasons, that the ends of justice are served by granting the requested

14    continuance and outweigh the best interest of the public and the defendant in a speedy trial. The

15    Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §

16    3161(h)(8)(A) and (B)(iv).

17

18    SO ORDERED.

19

20    DATED:____9|1|09____

                                                  _____
21                                                HOWARD R. LLOYD
                                                  United States Magistrate Judge
22

23

24

25

26

                                          2
      STIPULATION AND ORDER EXCLUDING TIME
      CASE NO: CR-09-00004 MAG